| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name** — Stephens Heads or Tails Crawfish, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 4 5 – 4 8 9 6 4 1 2

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **420 E. Chestnut St.** | **8116 Hwy 107** |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | **Marksville    LA    71351** | **Mansura    LA    71350** |
   | City    State    ZIP Code | City    State    ZIP Code |
   | **Avoyelles** | **Location of principal assets, if different from principal place of business** |
   | County | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☑ Other. Specify: _____

Debtor **Stephens Heads or Tails Crawfish, LLC**                                   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. Check all that apply:

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [x] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

Debtor **Stephens Heads or Tails Crawfish, LLC**      Case number (if known) _____

| | | | |
|---|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                          MM / DD / YYYY <br>       District _____ When _____ Case number _____ <br>                          MM / DD / YYYY <br>       District _____ When _____ Case number _____ <br>                          MM / DD / YYYY | |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>       District _____ When _____ <br>                                  MM / DD / YYYY <br>       Case number, if known _____ <br><br>       Debtor _____ Relationship _____ <br>       District _____ When _____ <br>                                  MM / DD / YYYY <br>       Case number, if known _____ | |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Stephens Heads or Tails Crawfish, LLC**                    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____    _____    _____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Stephens Heads or Tails Crawfish, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/02/2024**
MM / DD / YYYY

X **/s/ Brian Stephens**
Signature of authorized representative of debtor

**Brian Stephens**
Printed name

**Owner**
Title

**18. Signature of attorney**

X **/s/ L. Laramie Henry**     Date **05/02/2024**
Signature of attorney for debtor     MM / DD / YYYY

**L. Laramie Henry**
Printed name

**L. Laramie Henry**
Firm name

**P.O. Box 8536**
Number     Street

**Alexandria**     **LA**     **71306**
City     State     ZIP Code

**(318) 445-6000**     **laramie@henry-law.com**
Contact phone     Email address

**26333**     **LA**
Bar number     State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stephens Heads or Tails Crawfish, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Cottonport Bank<br>6500 Corporate Blvd.<br>Baton Rouge, LA 70809 | | Mortgage | | $206,079.18 | $0.00 | $206,079.18 |
| 2 | Avoyelles Parish School Board<br>Jessica W. Rachal, Sales Tax Supervisot<br>221 Tunica Drive West<br>Marksville, LA 71351 | | Sales Taxes | | | | $138,586.11 |
| 3 | The Cottonport Bank<br>6500 Corporate Blvd.<br>Baton Rouge, LA 70809 | | Promissory Note | | $79,253.28 | $0.00 | $79,253.28 |
| 4 | State of Louisiana<br>Dept. of Labor<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | | Taxes | | | | $0.00 |
| 5 | State of Louisiana<br>Dept. of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896 | | Taxes | | | | $0.00 |

| Debtor | **Stephens Heads or Tails Crawfish, LLC** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | J. Bernard Seafood Inc. P.O. Box 623 Cottonport, LA 71327 | | Open Account | | | | $0.00 |
| 7 | IRS - Insolvency Unit (BKR) P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:   **Stephens Heads or Tails Crawfish, LLC**                         CASE NO

                                                                           CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/2/2024                              Signature  /s/ Brian Stephens
                                                       *Brian Stephens*
                                                       *Owner*


Date _____                Signature _____

Avoyelles Parish School Board
Jessica W. Rachal, Sales Tax Supervisot
221 Tunica Drive West
Marksville, LA 71351


Drew M. Talbot
10518 Kentshire Court
Baton Rouge, LA 70810


IRS - Insolvency Unit (BKR)
P.O. Box 7346
Philadelphia, PA 19101


J. Bernard Seafood Inc.
P.O. Box 623
Cottonport, LA 71327


Office of Distict Counsel
Internal Revenue Service
P.O. Box 30509
New Orleans, LA 70190


Roy & Roy (2002)
Attn: Miche' Moreau, Atty.
POB 363
Marksville, LA  71351


State of Louisiana
Dept. of Revenue
PO Box 66658
Baton Rouge, LA 70896


State of Louisiana
Dept. of Labor
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338


The Cottonport Bank
6500 Corporate Blvd.
Baton Rouge, LA 70809

US Attorney's Office
Western District of Louisiana
Attn: Civil Division
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068